# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPTIMIZE COURIER, LLC, | |
| Plaintiff, | NO. 3:19-CV-1156 |
| v. | (JUDGE CAPUTO) |
| NICHOL ALLY and EASYFLYERS USA LOGISTICS INCORPORATED, | |
| Defendants. | |

## ORDER

**NOW**, this 18th day of September, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 13) filed by Defendants Nichol Ally and Easyflyers USA Logistics Incorporated is **GRANTED in part**.

(2) The Clerk of Court is directed to **TRANSFER** this case, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the Eastern District of New York.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge