UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
OPTIMIZE COURIER, LLC,　　　　　　　　　　　　Civil Case No.: 19-5325 (RRM)(ST)

　　　　　　　　　　Plaintiff,　　　　　　　　　STIPULATION OF DISMISSAL

　　　-against-

NICHOL ALLY and EASYFLYERS USA,
LOGISTICS INCORPORATED,

　　　　　　　　　　Defendants.
---------------------------------------------------------------x

　　　IT IS HEREBY STIPULATED that this action, including all asserted claims, has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other.

　　　This Stipulation may be filed with the Court without further notice to any party.

Dated: September 18, 2020

_____　　　　　_____
Jamie S. Felsen, Esq.　　　　　　　　　　　　Jules A. Epstein, Esq.
Milman Labuda Law Group PLLC　　　　　　　　Jules A. Epstein, P.C.
Attorneys for Plaintiff　　　　　　　　　　　Attorneys for Defendant Easyflyers USA
3000 Marcus Avenue, Suite 3W8　　　　　　　　Logistics Incorporated
Lake Success, NY 11042　　　　　　　　　　　　100 Jericho Quad, Ste. 300
　　　　　　　　　　　　　　　　　　　　　　　Jericho, NY 11753

_____
David J. Mahoney, Esq.
Silverman Acampora LLP
Attorneys for Defendant Nichol Ally
100 Jericho Quad, Ste. 300
Jericho, NY 11753

SO ORDERED:

s/Roslynn R. Mauskopf　　　　　　　　　　　Dated: 10/16/2020
_____
Honorable Roslynn R. Mauskopf, U.S.D.J.

DJM/2550034.1/068051.110